AARON D. FORD
  Attorney General
AMY A. PORRAY (Bar No. 9596)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3216 (phone)
(702) 486-3773 (fax)
Email: aporray@ag.nv.gov

*Attorneys for Defendants
Calvin Johnson, Monique Hubbard-Pickett
and John "Bob" Faulkner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JERRY PAULE, | Case No. 2:20-cv-01362-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BOB FAULKER, *et al.*, | |
| Defendants. | |

Plaintiff, David Jerry Paule, and Defendants, Calvin Johnson, Monique Hubbard-Pickett and John "Bob" Faulkner, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Amy A. Porray, Deputy Attorney General, hereby stipulate

///
///
///
///
///
///
///
///

under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, to dismissal with prejudice of this action, with each party bearing their own attorney's fees and costs.

DATED this 15 day of September, 2021.   DATED this 15 day of September, 2021.

By: _____
DAVID JERRY PAULE
Plaintiff, *Pro Se*

AARON D. FORD
Attorney General

By: /s/ Amy A. Porray
AMY A. PORRAY (Bar No. 9596)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this  28  day of September, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT